CHIEF JUSTICE took no part in the consideration or decision of this application. Petitioner *pro se*. *Acting Solicitor General Washington, Richard H. Field* and *Harry H. Schneider* for respondent.

No. 476. ILLINOIS PACKING CO. *v.* HENDERSON, ACTING ADMINISTRATOR, ET AL. November 18, 1946. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Irwin N. Walker* and *Peter B. Atwood* for petitioner. *Acting Solicitor General Washington, Robert L. Stern* and *John D. Goodloe* for respondents.

No. 566. JONES *v.* TEXAS. November 18, 1946. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Arthur H. Bartelt* for petitioner.

No. 664. FINN *v.* RAGEN, WARDEN;
No. 668. MORRIS *v.* RAGEN, WARDEN. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois; and
No. 669. EVANS *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Supreme Court of Illinois. November 18, 1946. Denied.

No. 65, Misc. EX PARTE WILSON. See *ante,* p. 683.